**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                )
**WILLIAM WALLER,**              )
                                )
        **Plaintiff,**           )
                                )
        **v.**                   )    **Civil Action No. 07-0474 (RWR)**
                                )
**UNITED STATES OF AMERICA,**    )
                                )
        **Defendant.**           )
_____ )

## NOTICE AND ORDER TO SHOW CAUSE

Plaintiff filed this case on March 12, 2007.  Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred twenty days of filing suit.  No proof of service upon the defendant United States has been filed.  Accordingly,  it is hereby

ORDERED that on or before August 3, 2007, plaintiff shall either file proof of service on the defendant or show cause why the case should not be dismissed for failure to effect service on the defendant.  Plaintiff is advised that failure to comply may result in dismissal of this case against the defendant.

SIGNED this 23rd day of July, 2007.


                            _____/s/_____
                            RICHARD W. ROBERTS
                            United States District Judge