# United States District Court
## FOR THE DISTRICT OF COLUMBIA

William Waller
        Plaintiff(s),
v.

United States Government
        Defendant.

To:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20001

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00474
Assigned To : Roberts, Richard W.
Assign. Date : 3/12/2007
Description: Waller v. USA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

William Waller
1104 Sable Mist CT
Las Vegas, NV 89144
702-286-7011

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
Court Clerk

by _____
Deputy Clerk

MAR 12 2007
Date

**RECEIVED**

AUG - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached FED EX AIRBILL _____. The cost of the mailing is $ 18.00

FED EX TRACKING # 8595 1550 3025

to:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street,
NW Washington, DC 20001

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____    8-03-07
Signature                                                  Date

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

William Waller

              Plaintiff(s)

v.

United States Government

              Defendant

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00474
Assigned To : Roberts, Richard W.
Assign. Date : 3/14/2007
Description: Waller v. USA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

William Waller
1104 Sable Mist CT
Las Vegas, NV 89144
702-286-7011

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
Court Clerk

by _____
Deputy Clerk

MAR 12 2007
Date

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached FED EX AIRBILL _____. The cost of the mailing is $ 18.00

FED EX TRACKING # 8595 1550 3014,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Michael Calhoun_                    8-03-07
Signature                                          Date

## FedEx US Airbill #1

FedEx Tracking Number: 8595 1550 3014

**1 From**
Date: 8/3/07
Sender's FedEx Account Number: 3158-3592-5
Sender's Name: BILL WALLER
Phone: (702) 243-2112
Company: WALLER, BILL, REALTOR
Address: 5555 REDWOOD ST STE 104
City: LAS VEGAS  State: NV  ZIP: 89118

**3 To**
Recipient's Name: CIVIL PROCESS CLERK ALBERTO GONZALES
Company: US ATTY. GEN.
Recipient's Address: 950 PENNSYLVANIA AV.
City: WASHINGTON  State: DC  ZIP: 20530

0348139509

**4a Express Package Service:** FedEx Standard Overnight [X]
**5 Packaging:** FedEx Envelope [X]
**6 Special Handling:** No dangerous goods [X]
**7 Payment:** Sender [X]
**8** Indirect Signature [X]  519

---

## FedEx US Airbill #2

FedEx Tracking Number: 8595 1550 3025

**1 From**
Date: 8/3/7
Sender's FedEx Account Number: 3158-3592-5
Sender's Name: BILL WALLER
Phone: (702) 243-2112
Company: WALLER, BILL, REALTOR
Address: 5555 REDWOOD ST STE 104
City: LAS VEGAS  State: NV  ZIP: 89118

**3 To**
Recipient's Name: CIVIL PROCESS CLERK
Company: US ATTY. DC - JEFF TAYLOR
Recipient's Address: 5808A JUDICIARY CNTR BLD
Address: 555 4TH ST.
City: NW WASHINGTON  State: DC  ZIP: 20001

0348139509

**4a Express Package Service:** FedEx Standard Overnight [X]
**5 Packaging:** FedEx Envelope [X]
**6 Special Handling:** No dangerous goods [X]
**7 Payment:** Sender [X]
**8** Indirect Signature [X]  519

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 4.05 | |
| Certified Fee | 1.85 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.40 | APR 12 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 8.30 | 04/12/2007 |

Sent To: JEFF TAYLOR
Street, Apt. No.; or PO Box No.: US ATTORNEY DC
City, State, ZIP+4: DC 20001

PS Form 3800, August 2006    See Reverse for Instructions

_____

>stal_Service@usps.com>

/\

irm email Restoration - 7006 2150 0004 8074 2187

·espond.

is restoration information for

>n provided by the U.S. Postal Service.

Label Number: 7006 2150 0004 8074 2187

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20530 | 04/20/07  4:50am |
| Notice Left | WASHINGTON DC 20530 | 04/20/07  2:45am |
| Forwarded | WASHINGTON DC 20001 | 04/16/07 11:50am |
| Arrival at Unit | WASHINGTON DC 20001 | 04/16/07 11:50am |
| Acceptance | LAS VEGAS NV 89134 | 04/12/07  4:21pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

8/3/2007



ostal_Service@usps.com>

M

ıfirm email Restoration - 7006 2150 0004 8074 2170

respond.

his restoration information for

ion provided by the U.S. Postal Service.

Label Number: 7006 2150 0004 8074 2170

Service Type: Certified

| Shipment Activity | Location | Date & Time |
| --- | --- | --- |
| Notice Left | WASHINGTON DC 20530 | 04/19/07 10:23am |
| Notice Left | WASHINGTON DC 20530 | 04/19/07 10:05am |
| Arrival at Unit | WASHINGTON DC 20022 | 04/19/07  9:48am |
| Acceptance | LAS VEGAS NV 89134 | 04/12/07  4:23pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

8/3/2007