# United States District Court
## FOR THE DISTRICT OF COLUMBIA

William Waller

             Plaintiff(s)

v.

United States Government

             Defendant

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00474
Assigned To : Roberts, Richard W.
Assign. Date : 3/14/2007
Description: Waller v. USA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

William Waller
1104 Sable Mist CT
Las Vegas, NV 89144
702-286-7011

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

Court Clerk

by /s/ _____
Deputy Clerk

MAR 1 2 2007
Date

# RECEIVED

AUG 8 - 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/6/07 |
| NAME OF SERVER *(PRINT)* WILLIAM WALLER | TITLE Plantiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED VIA FED EX TRACKING # 8595 1550 3014

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 20 | TOTAL 20 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/7/07
              *Date*        *Signature of Server*

5555 S. Redwood #104B
*Address of Server*
Las Vegas, NV 89118

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
LORENA PINEDA
Appt. No. 05-100116-1
My Appt Expires Aug. 19, 2009

WILLIAM WALLER
SERVER

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached FED EX AIRBILL ____. The cost of the mailing is $ 18.00

FED EX TRACKING # 8595 1550 3014 ,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Michael Caballero_
Signature

8-7-07
Date

This Instrument was acknowledged before me on 8/7/07 by Michael Caballero.

_L. Pela_

Commission exp: 8/19/09



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
LORENA PINEDA
Appt. No. 05-100116-1
My Appt. Expires Aug. 19, 2009

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| Signed for by | A.FRAZIER | Delivered to | Shipping/Receiving |
| Ship date | Aug 3, 2007 | Service type | Standard Envelope |
| Delivery date | Aug 6, 2007 9:42 AM | | |
| Status | Delivered | | |
| Signature image available | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| | 8:29 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| Aug 4, 2007 | 8:20 AM | At local FedEx facility | WASHINGTON, DC | Package not due for delivery |
| | 6:45 AM | At dest sort facility | DULLES, VA | |
| | 3:26 AM | Departed FedEx location | MEMPHIS, TN | |
| Aug 3, 2007 | 7:01 PM | Left origin | LAS VEGAS, NV | |
| | 3:01 PM | Picked up | LAS VEGAS, NV | |

[ Signature proof ] [ E-mail results ] [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: [        ]          Your E-mail Address: [        ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☒ | ☐ |
| | English | ☒ | ☐ |
| | English | ☒ | ☐ |
| | English | ☒ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions          [ Submit ]

# FedEx Express US Airbill

Sender's Copy

**1 From** Please print and press hard.

Date: 5/3/07

Sender's FedEx Account Number: 3158-3592-5

Sender's Name: BILL WALLER
Phone: (702) 243-2112

Company: WALLER, BILL, REALTOR

Address: 5555 REDWOOD ST STE 104

City: LAS VEGAS   State: NV   ZIP: 89118

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: CIVIL PROCESS CLERK ALBERTO GONZALES

Phone: ( )

Company: US ATTY. GEN.

Recipient's Address: 950 PENNSYLVANIA AV.

City: WASHINGTON   State: DC   ZIP: 20530

0348139509


Schedule a pickup at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** — Packages up to 150 lbs.
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages | Total Weight | Total Declared Value $ .00

**8 NEW Residential Delivery Signature Options**
- [ ] No Signature Required
- [ ] Direct Signature
- [X] Indirect Signature

519