```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                               )
**WILLIAM WALLER**,                )
                               )
    **Plaintiff**,                )
                               )
    **v.**                         )   Civil Action No. 07-474 (RWR)
                               )
**UNITED STATES**,                 )
                               )
    **Defendant.**                )
_____)

### ORDER

The defendant has moved to dismiss the complaint. Because the defendant has filed a motion which could potentially dispose of this case, the Court will advise the *pro se* plaintiff of a plaintiff's obligations under the Federal Rules of Civil Procedure and the rules of this Court. See <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988); <u>Ham v. Smith</u>, 653 F.2d 628 (D.C. Cir. 1981); <u>Hudson v. Hardy</u>, 412 F.2d 1091 (D.C. Cir. 1968).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

-2-

> Whenever a party must or may act within a
> prescribed period after service and the
> service is made [by mail or by other means
> consented to in writing by the person
> served], 3 days are added after the
> prescribed period would otherwise expire.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed. It is therefore hereby

ORDERED that plaintiff shall file his response to the defendant's motion to dismiss the complaint no later than November 13, 2007. If plaintiff does not timely respond, the Court may treat the motion as conceded and dismiss the complaint.

SIGNED this 10th day of October, 2007.

```
              /s/
RICHARD W. ROBERTS
United States District Judge
```