```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **WILLIAM WALLER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-474 (RWR) |
| **UNITED STATES GOVERNMENT,** | ) |
| Defendant. | ) |

### ORDER

On October 19, 2007 defendant filed a motion to dismiss the claims against it. On October 11, 2007, this Court issued an order advising the *pro se* plaintiff of his obligation to respond by November 13, 2007, and that failure to respond may result in dismissal of the complaint. Plaintiff has not filed a response to defendant's motion. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss the complaint be, and hereby is, GRANTED as conceded. The complaint is DISMISSED. This is a final, appealable Order.

SIGNED this 29th day of November, 2007.

/s/
RICHARD W. ROBERTS
United States District Judge