RECEIVED
NOV 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Waller

    Plaintiff(s),

v.

United States Government

    Defendant.

Case No. 1;07-cv-00474 RWR

MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff, a pro se, is not schooled in law and does not have the assistance of attorneys, paralegals, secretaries, etc and needs additional time to address the issues raised in defendants motion to dismiss.

Wherefore plaintiff requests an enlargement of time to kraft his response.

Dated November 15, 2007

*William Waller*

## CERTIFICATE OF SERVICE

  I certify that I have served a copy of this motion on
Pat Ginas
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, District of Columbia 20044

Dated November 15, 2007

*/s/ William Waller*